# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

June Tiramani

                        Plaintiff,

v.                                                       Case No.: 1:13–cv–00529
                                                                    Honorable Edmond E. Chang

NCO Financial Systems, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2013:

      MINUTE entry before Honorable Edmond E. Chang:Today, Plaintiff's counsel called the courtroom deputy to report that the case settled, and that Plaintiff wished to dismiss the case without prejudice to finalize the agreement. Accordingly, the case is dismissed without prejudice and with leave to reinstate by April 25, 2013. If the case is not reinstated by that date, then the dismissal will convert to a dismissal with prejudice without further action by the Court. Status hearing of 03/12/13 is vacated. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.