IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| June Tiramani, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 C 529 |
| | ) | |
| NCO Financial Systems, Inc., a | ) | Judge Chang |
| Pennsylvania corporation, | ) | |
|     Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's claims against the Defendant, hereby stipulate to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 10, 2013

/s/ David J. Philipps                              /s/ Nicole Barrett
One of Plaintiff's Attorneys                    One of Defendant NCO's Attorneys

David J. Philipps (Ill. Bar No. 06196285)    Nicole Barrett (Ill. Bar No. 6289012)
Mary E. Philipps (Ill. Bar No. 06197113)     Sessions, Fishman, Nathan & Israel, LP
Philipps & Philipps, Ltd.                                  55 West Monroe
9760 S. Roberts Road, Suite One              Suite 1120
Palos Hills, Illinois 60465                                Chicago, Illinois 60603

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

                                                  _____
                                                  Judge Edmond E. Chang,
                                                  United States District Court

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 10, 2013, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicole Barrett                                                nbarrett@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com